# EXHIBIT G

EXHIBIT G

LOAN # 0000083459818

OCTOBER 4, 2010

Dear Madam/Sir,

This letter is to inform you of our financial hardship.

My husband and I are self employed in the Real Estate field, and have been for thirty years. In 2007 the Real Estate Market crashed, our business stopped producing, and the notes we held on various properties became worthless.

We did not qualify for unemployment or financial assistance of any kind; we lived off our savings and have been trying to recreate ourselves at the age of 58 and 64. We obtained our auctioneers license and I dusted off my real estate broker license. We started a new business.

We managed to pay the mortgage through 2007, 2008 and most of 2009, but when our interest only adjustable rate mortgage adjusted, and the payment went from $3662.52 to $5270.70 in May of 2009, we continued to lose more ground, as we tried to get our new business up and running.

By September of 2009, when I made the mortgage payment with my credit card, the reality of the situation hit us...our financial bind was getting worse. We approached Chase a number of times, asking if they would let us go back to our interest only payments...they said no.

Sincerely,

*Laura M. Sheedy*

Laura M. Sheedy &

*Thomas E. Sheedy*

Thomas E. Sheedy



JPM000759