# EXHIBIT H

EXHIBIT H





Bk: 50314 Pg: 147 Doc: DEED
Page: 1 of 1   11/05/2007 02:15 PM

## QUITCLAIM DEED

50314/147
10/29/07
Rec 11/5/07

I, Laura M. Sheedy, married, of Lexington, Middlesex County, Massachusetts, for consideration paid of less than $100.00

grant to Laura M. Sheedy, Trustee of the Cardinal Trust under declaration of trust dated July 8, 1997, recorded with the Middlesex South District Registry of Deeds in Book 27462 at Page 260, and having an address of 11 Harrington Road, Lexington, Massachusetts

with QUITCLAIM COVENANTS all of my right, title and interest in and to

land with the buildings thereon known as and located at 11 Harrington Road, Lexington, Massachusetts more particularly described in a deed to Grantor recorded with said Deeds in Book 38755 at Page 247.

For Grantor's title see deed recorded in Book 38755 at Page 247 with said Deeds, dated April 9, 2003 and recorded on April 10, 2003.

Witness my hand and seal this 29th day of October, 2007

_Laura M. Sheedy_

### COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                                                 October 29, , 2007

On this 29th day of October, 2007, before me, the undersigned notary public, personally appeared Laura M. Sheedy, who proved to me through satisfactory evidence, which was her driver's license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for the stated purpose.

_Janet Sands_
JANET SANDS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 27, 2009

Notary Public
My Commission expires:

**EXHIBIT**
Sheedy 43
11/29/11

LAURA M SHEEDY
11 HARRINGTON ROAD
LEXINGTON MA. 02421

_Eugene C. Brune_
Attest Middlesex S. Register

