# EXHIBIT I

EXHIBIT I



Bk: Pg: 0 Cert#:
Doc: VOTE 10/30/2008 09:16 AM

**Return Address:**
Washington Mutual Bank
Office of the Corporate Secretary
1301 2nd Ave., WMC3501
Seattle, WA 98101



| Please print or type information **WASHINGTON STATE RECORDER'S Cover Sheet** (RCW 65.04) |
|---|
| **Document Title(s)** (or transactions contained therein): (all areas applicable to your document **must** be filled in) |
| 1. Affidavit of the Federal Deposit Insurance Corporation    2. _____ |
| 3. _____    4. _____ |
| **Reference Number(s) of Documents assigned or released:** |
| Additional reference #'s on page ____ of document |
| **Grantor(s)** Exactly as name(s) appear on document |
| 1. Washington Mutual Bank, formerly known as Washington Mutual Bank, FA |
| 2. Federal Deposit Insurance Corporation |
| Additional names on page ____ of document. |
| **Grantee(s)** Exactly as name(s) appear on document |
| 1. JPMorgan Chase Bank, National Association |
| 2. _____ |
| Additional names on page ____ of document. |
| **Legal description** (abbreviated: i.e. lot, block, plat or section, township, range) |
| _____ |
| Additional legal is on page ____ of document. |
| **Assessor's Property Tax Parcel/Account Number**    ☐ Assessor Tax # not yet assigned |
| The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein. |
| "I am signing below and paying an additional $50 recording fee (as provided in RCW 36.18.010 and referred to as an emergency nonstandard document), because this document does not meet margin and formatting requirements. Furthermore, I hereby understand that the recording process may cover up or otherwise obscure some part of the text of the original document as a result of this request."<br><br>_____ Signature of Requesting Party |
| Note to submitter: Do not sign above nor pay additional $50 fee if the document meets margin/formatting requirements |

A true copy of document filed in Plymouth District of the Land Court on 10/28/08 at 10:05AM as Document No. 642423
Attest:-

Assistant Recorder
*John R. Buckley Jr.*
Middlesex S.

Recording Requested By and
When Recorded Mail to:

Washington Mutual Bank
Office of the Corporate Secretary
1301 2nd Ave., WMC3501
Seattle, WA 98101

Space Above for Recording Information

## AFFIDAVIT OF THE
## FEDERAL DEPOSIT INSURANCE CORPORATION

I, Robert C. Schoppe, having been first duly sworn, hereby make this Affidavit and say that:

1.  I am an authorized representative of the Federal Deposit Insurance Corporation, an agency of the United States government (the "FDIC").

2.  On September 25, 2008, Washington Mutual Bank, formerly known as Washington Mutual Bank, FA ("Washington Mutual"), was closed by the Office of Thrift Supervision and the FDIC was named receiver.

3.  As authorized by Section 11(d)(2)(G)(i)(II) of the Federal Deposit Insurance Act, 12 U.S.C § 1821(d)(2)(G)(i)(II), the FDIC, as receiver of Washington Mutual, may transfer any asset or liability of Washington Mutual without any approval, assignment, or consent with respect to such transfer.

4.  Pursuant to the terms and conditions of a Purchase and Assumption Agreement between the FDIC as receiver of Washington Mutual and JPMorgan Chase Bank, National Association ("JPMorgan Chase"), dated September 25, 2008 (the "Purchase and Assumption Agreement'), JPMorgan Chase acquired certain of the assets, including all loans and all loan commitments, of Washington Mutual.

5.  As a result, on September 25, 2008, JPMorgan Chase became the owner of the loans and loan commitments of Washington Mutual by operation of law.

Executed this 2ND day of October, 2008 in Seattle, King County, Washington.

By: _____
Print Name: Robert C. Schoppe
Title: Receiver In Charge for FDIC as
Receiver of Washington Mutual Bank

DOCSSEA/186745.v1

-1-

NOTARY'S ACKNOWLEDGMENT

STATE OF WASHINGTON            )
                               ) SS.
COUNTY OF KING                 )

I certify that I know or have satisfactory evidence that Robert C. Schoppe is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as the Receiver In Charge of the Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank to be the free and voluntary act of such party for the uses and purposes mentioned therein.

Dated this 2nd day of October, 2008.

Suzanne W. Roen
Notary Public in and for the State of
Washington, residing in Redmond
My commission expires: 11/7/10

DOCSSEA/186745.v1

-2-

STATE OF WASHINGTON }
County of King

The Director of Records & Licensing, King County, State of
Washington and exofficio Recorder of Deeds and other
instruments, do hereby certify the foregoing copy has been
compared with the original instrument as the same appears
on file and of record in the office and that the same is a true
and perfect transcript of said original and of the whole thereof.
    Witness my hand and official seal this _____ day
of  20____

Director of Records & Licensing
By _____
         Deputy



DOCUMENT 01485495

Southern Middlesex LAND COURT
REGISTRY DISTRICT

RECEIVED FOR REGISTRATION

On: Oct 30,2008 at 09:16A

Document Fee:      75.00
Receipt Total:    $79.00

NOTED ON: CERT       BK        PG

ALSO NOTED ON: