# EXHIBIT K

**EXHIBIT K**



Bk: 54266 Pg: 200 Doc: ASM
Page: 1 of 1 02/05/2010 03:07 PM

# ASSIGNMENT OF MORTGAGE

**JPMorgan Chase Bank, National Association, Successor in interest from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank f/k/a Washington Mutual Bank F.A.**, holder of a real estate mortgage

from **Laura M. Sheedy**

to **Washington Mutual Bank F.A.**

dated **April 16, 2004**

recorded in the Middlesex County (Southern District) Registry of Deeds in Book 42560, Page 556

assigns without recourse in any event said mortgage and the note and claim secured thereby to **Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-AR4** c/o JPMorgan Chase Bank, National Association, 7255 Baymeadows Way, Mailcode JAXA 2035, , Jacksonville, FL 32556.

*IN WITNESS WHEREOF*, the said **JPMorgan Chase Bank, National Association, Successor in interest from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank f/k/a Washington Mutual Bank F.A.** has caused its corporate seal to be affixed and these presents to be signed in its name and behalf by ____Barbara Hindman____ its ____Vice President____ this ____26th____ day of ____JANUARY____, A.D. 2010.

Signed and sealed in the presence
See Affidavit of FDIC for purchase
of assets of Washington Mutual
Bank filed in the Middlesex South
County Registry District of the
Land Court as Document # 1485495

JP Morgan Chase Bank, National Association, Successor in interest from the Federal Deposit Corporation, as Receiver for Washington Mutual Bank f/k/a Washington Mutual Bank, F.A.

By: *Barbara Hindman*
Name: Barbara Hindman
Title: Vice President

STATE OF ____Florida____

____Duval____, S.S. ____JANUARY 26____, 2010

Then personally appeared the above named ____Barbara Hindman____, Vice President, and acknowledged the foregoing instrument to be the free act and deed of JPMorgan Chase Bank, National Association, Successor in Interest from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank f/k/a Washington Mutual Bank F.A., before me,

Notary Public: *Florina Munoz*
My Commission Expires:

FLORINA C. MUNOZ
Notary Public - State of Florida
My Comm. Expires Feb 23, 2013
Commission # DD 863731

Property Address: 11 Harrington Road, Lexington, Massachusetts

File No.: 2139-3624-110F

Stanton & Davis
1000 Plain Street
Marshfield, MA 02050