# EXHIBIT L

EXHIBIT L

## UNITED STATES BANKRUPTCY COURT
### District of Massachusetts (Boston)

| | |
|---|---|
| IN RE: | Case No.: 1:10-bk-16236 |
| Debtors: Laura M. Sheedy | Loan Number (Last 4): 9818 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

JPMorgan Chase Bank, N.A.

Name of Transferee

Chase Records Center - Attn: Correspondence Mail
Mail Code LA4-5555 - 700 Kansas Lane
Monroe, LA 71203

Phone: 800-848-9380
Last Four Digits of Acct #: 9818

Name and Address where transferee payments should
be sent (if different from above):

JPMorgan Chase Bank, N.A.
Mail Code: OH4-7133 - PO Box 182349
Columbus, OH 43218

Phone: 800-848-9380
Last Four Digits of Acct #: 9818

Transfer Effective: May 01, 2011

Deutsche Bank National Trust Company, as Trustee

Name of Transferor

Court Claim # (if known): 4
Amount of Claim: $842,908.47
Date Claim Filed: 08/06/2010

Last Four Digits of Acct #: 9818

By: /s/ Melba Arredondo
Assistant VP

Date: May 05, 2011

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

0-69e5b1ff-d651-48c7-b1ab-3f110a5e15f3