UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>LAURA M. SHEEDY,<br>Debtor. | CHAPTER 13 BANKRUPTCY<br>CASE NO. 10-16236-JNF |

| | |
|---|---|
| LAURA M. SHEEDY,<br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>Defendants. | ADVERSARY PROCEEDING<br>NO. 11-01137 |

## SECOND AFFIDAVIT OF VICTORIA L. VIVIANO

I, Victoria L. Viviano, hereby depose and state as follows:

1. I am a Sr. Research Specialist of JPMorgan Chase Bank, N.A. ("Chase"), loan servicer for Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-AR4. I submit this affidavit in support of the Motion of Adversary Defendants Deutsche Bank National Trust Company, as Trustee, and JPMorgan Chase Bank, N.A. for Summary Judgment.

2. I have reviewed the records and files of Chase concerning mortgage loan number ******9818 (the "Loan"). The records attached to this affidavit are true and correct copies of the Loan records, which are kept in the ordinary course of business by Chase as the custodian for

Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2004-AR4.

3. Ex. 1 to this affidavit is a true and correct copy of the endorsed promissory note dated April 16, 2004 for mortgage loan number ******9818.

4. Ex. 2 to this affidavit is a true and correct copy of the Addendum to Fixed/Adjustable Rate Note.

5. Ex. 3 to this affidavit is a true and correct copy of the Uniform Residential Loan Application.

6. Ex. 4 to this affidavit is a true and correct copy of the Settlement Statement.

7. Ex. 5 to this affidavit is a true and correct copy of an Addendum to HUD-1.

8. Ex. 6 to this affidavit is a true and correct copy of a Truth in Lending Disclosure Statement.

9. Ex. 7 to this affidavit is a true and correct copy of the Addendum to Loan Application.

10. Ex. 8 to this affidavit is a true and correct copy of the Adjustable Rate Mortgage Loan Disclosure Statement.

11. Ex. 9 to this affidavit is a true and correct copy of the Fixed/Adjustable Rate Rider.

12. Ex. 10 to this affidavit is a true and correct copy of a redacted excerpt of the Mortgage Loan Schedule to the Pooling and Servicing Agreement among Washington Mutual Mortgage Securities Corp., Deutsche Bank, and Deutsche Bank Trust Company Delaware dated May 1, 2004.

13. Ex. 11 to this affidavit is a true and correct copy of the Pooling and Servicing Agreement among Washington Mutual Mortgage Securities Corp., Deutsche Bank, and Deutsche Bank Trust Company Delaware dated May 1, 2004.

14. Ex. 12 to this affidavit are true and correct copies of invoices of LPS Field Services Inc.

Signed under the penalties of perjury this 1st day of February, 2012.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

```
_____
In Re:                           )
                                 )
LAURA M. SHEEDY,                 )    CHAPTER 13 BANKRUPTCY
        Debtor                   )    CASE NO. 10-16236-JNF
_____)

_____
LAURA M. SHEEDY,                 )
        Plaintiff,               )    ADVERSARY PROCEEDING
                                 )    NO. 11-01137
vs.                              )
                                 )
DEUTSCHE BANK NATIONAL TRUST     )
COMPANY, AS TRUSTEE,      and    )
JPMORGAN CHASE BANK,             )
NATIONAL ASSOCIATION,            )
        Defendants.              )
_____)
```

## INDEX OF EXHIBITS TO
## SECOND AFFIDAVIT OF VICTORIA L. VIVIANO

Exhibit 1:   Fixed/Adjustable Rate Note

Exhibit 2:   Addendum to Fixed/Adjustable Rate Note

Exhibit 3:   Uniform Residential Loan Application

Exhibit 4:   Settlement Statement

Exhibit 5:   Addendum to HUD-1

Exhibit 6:   Truth in Lending Disclosure Statement

Exhibit 7:   Addendum to Loan Application

Exhibit 8:   Adjustable Rate Mortgage Loan Disclosure Statement

Exhibit 9:      Fixed Adjustable Rate Rider

Exhibit 10:     Redacted Excerpt of Mortgage Loan Schedule to the Pooling & Servicing Agreement among Washington Mutual Mortgage Securities Corp., Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Delaware

Exhibit 11:     Pooling & Servicing Agreement among Washington Mutual Mortgage Securities Corp., Deutsche Bank National Trust Company, and Deutsche Bank Trust Company Delaware
(Exhibit 11 is divided into parts A, B, C, and D due to its size)
Summary:  the agreement creating the WAMU Mortgage Pass-Through Certificates Series 2004-AR4 Trust and defining the roles of the servicer and trustee

Exhibit 12:     Property Inspection Services Invoices

#1252352